# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Michael Brennan<br>Raffael A Tuck-Brennan<br>*Debtor(s)*. | Case 24-12904 AMC<br>Chapter 13 |

## Certificate of Service

I, Brad J. Sadek, certify that on **March 3, 2025**, I did cause a true and correct copy of the **Third Amended Chapter 13 Bankruptcy Plan** to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- 

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Date: March 3, 2025

/s/ Brad J. Sadek
Brad J. Sadek
Sadek Law Offices, LLC
1500 JFK Boulevard, Suite 220
Philadelphia, PA 19102
215-545-0008
brad@sadeklaw.com

## Mailing List Exhibit

| Name and Address of Party Served | Relationship to Case | Mode of Service |
|---|---|---|
| United States Trustee<br>833 Chestnut Street<br>Philadelphia, PA 19107 | U.S. Trustee | ☒ CM/ECF<br>☐ First Class Mail<br>☐ Certified Mail<br>☐ Email:<br>☐ Other: |
| Scott Waterman<br>Standing Chapter 13 Trustee<br>2901 St. Lawrence Avenue<br>Suite 100<br>Reading, PA 19606 | Trustee | ☒ CM/ECF<br>☐ First Class Mail<br>☐ Certified Mail<br>☐ Email:<br>☐ Other: |

2

| Name and Address of Party Served | Relationship to Case | Mode of Service |
|---|---|---|
| Pennsylvania Department of Revenue<br>PO Box 280946<br>Harrisburg, PA 17128 | Creditor | ☒ CM/ECF<br>☒ First Class Mail<br>☐ Certified Mail<br>☐ Email:<br>☐ Other: |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101 | Creditor | ☒ CM/ECF<br>☒ First Class Mail<br>☐ Certified Mail<br>☐ Email:<br>☐ Other: |
| American Credit Acceptance<br>961 E Main Street<br>Floor 2<br>Spartnaburg, SC 29302 | Creditor | ☒ CM/ECF<br>☒ First Class Mail<br>☐ Certified Mail<br>☐ Email:<br>☐ Other: |
| Bridgecrest<br>4515 N. Santa Fe Avenue<br>Dept APS<br>Oklahoma City, OK 73118 | Creditor | ☒ CM/ECF<br>☒ First Class Mail<br>☐ Certified Mail<br>☐ Email:<br>☐ Other: |
| Wilmington Savings Fund Society<br>Bankruptcy Department<br>PO Box 10826<br>Greenville, SC 29603 | Creditor | ☒ CM/ECF<br>☒ First Class Mail<br>☐ Certified Mail<br>☐ Email:<br>☐ Other: |
| Water Revenue Department<br>City of Philadelphia Law Department<br>1401 JFK Boulevard<br>5th Floor<br>Philadelphia, PA 19102 | Creditor | ☒ CM/ECF<br>☒ First Class Mail<br>☐ Certified Mail<br>☐ Email:<br>☐ Other: |