**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**(PHILADELPHIA)**

| | | |
|---|---|---|
| IN RE: | ) | |
| MICHAEL BRENNAN, AND | ) | CASE NO.: 24-12904-amc |
| RAFFAEL A TUCK-BRENNEN, | ) | CHAPTER 13 |
| | ) | JUDGE ASHELY M. CHAN |
| DEBTORS. | ) | |
| | ) | |
| WILMINGTON SAVINGS FUND SOCIETY, FSB, AS | ) | |
| INDENTURE TRUSTEE, FOR THE ATLX 2024-RPL1 | ) | |
| TRUST MORTGAGE-BACKED NOTES, SERIES | ) | |
| 2024-RPL1 AS SERVICED BY NEWREZ LLC D/B/A | ) | |
| SHELLPOINT MORTGAGE SERVICING, | ) | |
| | ) | |
| CREDITOR. | ) | |
| | ) | |
| MICHAEL BRENNAN AND RAFFAEL A TUCK- | ) | |
| BRENNAN, DEBTORS, AND | ) | |
| SCOTT F. WATERMAN, TRUSTEE, | ) | |
| | ) | |
| RESPONDENTS. | ) | |

**NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE**

Wilmington Savings Fund Society, FSB, as indenture trustee, for the ATLX 2024-RPL1 Trust Mortgage-Backed Notes, Series 2024-RPL1 as serviced by NewRez LLC d/b/a Shellpoint Mortgage Servicing has filed a Motion for Relief from Stay, with the court for Relief from the Automatic Stay of Section 362.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

1. If you do not want the court to grant the relief sought in the motion, then on or before **March 26, 2025,** you or your attorney must do all of the following:
   (a) file an answer explaining your position at:

   United States Bankruptcy Court
   900 Market Street, Suite 400
   Philadelphia, PA 19107

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

   (b) mail a copy to Movant's attorney:
   Joshua I. Goldman, Esq.
   PADGETT LAW GROUP
   6267 Old Water Oak Road, Suite 203
   Tallahassee, FL 32312

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3. A hearing on the motion is scheduled to be held before the Honorable Ashely M. Chan, the United States Bankruptcy Judge, United States Bankruptcy Court, in Courtroom 4, at 900 Market Street, Philadelphia, PA 19107 on **April 9, 2025 at 11:00am.** as soon thereafter as counsel can be heard, to consider the motion.

4. You may contact the Bankruptcy Clerk's office for Philadelphia cases at (215) 408-2800 and for Reading cases at 610-208-5040 to find out whether the hearing has been canceled because no one filed a response.

5. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

Dated: March 12, 2025

/s/ Joshua I. Goldman
Joshua I. Goldman, Esq.
Pennsylvania Bar # 205047
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
(850) 422-2567 (facsimile)
josh.goldman@padgettlawgroup.com
*Counsel for Movant*

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy has been furnished to the parties on the List by electronic notice and/or by First Class U.S. Mail on this the 12th day of March 2025:

**_VIA U.S. MAIL_**

**_DEBTORS_**
MICHAEL BRENNAN
RAFFAEL A TUCK-BRENNAN
7055 PASCHALL AVENUE
PHILADELPHIA, PA 19142

**_VIA ELECTRONIC NOTICE_**

**_ATTORNEYS FOR DEBTOR_**
BRAD J. SADEK
SADEK LAW OFFICES, LLC
1500 JFK BOULEVARD
STE 220
PHILADELPHIA, PA 19102
BRAD@SADEKLAW.COM

**_TRUSTEE_**
SCOTT F. WATERMAN [CHAPTER 13]
CHAPTER 13 TRUSTEE
2901 ST. LAWRENCE AVE.
SUITE 100
READING, PA 19606
ECFMAIL@READINGCH13.COM

**_U.S. TRUSTEE_**
UNITED STATES TRUSTEE
OFFICE OF UNITED STATES TRUSTEE
ROBERT N.C. NIX FEDERAL BUILDING
900 MARKET STREET, SUITE 320
PHILADELPHIA, PA 19107
USTPREGION03.PH.ECF@USDOJ.GOV

/s/ Joshua I. Goldman
Joshua I. Goldman, Esq.
Pennsylvania Bar # 205047
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
josh.goldman@padgettlawgroup.com
*Counsel for Movant*