## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : Bankruptcy No. 24-12904-AMC |
|    Michael Brennan | : Chapter 13 |
|    Rafael A. Tuck-Brennan | : |
|       Debtors | : |
| | : |
| American Credit Acceptance | : |
|       Movant | : |
|    vs. | : |
| Michael Brennan | : |
| Rafael A. Tuck-Brennan | : |
| Michael Congo (Non-Filing Co-Debtor) | : |
|       Debtors/Respondents | : |
|    And | : |
| Scott F. Waterman, Esquire | : |
|       Trustee/Respondent | : |

### ORDER

      AND NOW, this _____ day of _____, 2025, it is hereby ORDERED that this Stipulation Agreement between the parties is hereby approved.

**Date: May 9, 2025**

_____
Honorable Ashely M. Chan
Chief U.S. Bankruptcy Judge