

298 Wissahickon Avenue
North Wales, PA 19454
Telephone: 215-855-9521
Facsimile: 215-855-9121
HOF# 25-00659

August 11, 2025

Brad J. Sadek, Esquire
Michael Assad, Esquire
Sadek Law Offices, LLC
1500 JFK Boulevard, Ste 220
Philadelphia, PA 19102

      RE:    Michael Brennan and Raffael A Tuck-Brennan
              Chapter 13, Case No. 24-12904-amc
              Type of Action: American Credit Acceptance, LLC's Notice of Default

Dear Attorney Sadek:

    The stipulation, executed by the parties and approved by the Court, in the above referenced matter requires the Debtors to remain current with their monthly post-petition payments. The Debtors have not been making post-petition payments as required by the Stipulation. The post-petition delinquency is as follows:

| | |
|---|---:|
| Regular Monthly Payments (April 10, 2025 through August 10, 2025 at $524.76 each)…………………………………… | $2,623.80 |
| Attorney fees for Notice of Default…………………………………………………………. | $150.00 |
| **TOTAL POST-PETITION ARREARS……………………………………………….** | **$2,773.80** |

    The Debtors are in default of the agreed stipulation. The amount needed to cure the additional post-petition default is **$2,773.80.** The payment to cure these arrears must be made in certified funds.

In accordance with said stipulation, this shall serve as ten (10) days written notice of default. If the default is not cured within ten (10) days of the date of this letter, then American Credit Acceptance, LLC, shall file a Certification with the Court, entitling it to relief from stay and 1301 co-debtor stay.

If you should have any questions, please contact my office.

Very truly yours,

*/s/ Danielle Boyle-Ebersole*
Danielle Boyle-Ebersole, Esquire

cc: Michael Brennan
Raffael A. Tuck-Brennan
7055 Paschall Avenue
Philadelphia, PA 19142
*Debtors*

Michael Congo
1103 Lore Avenue
Wilmington, DE 19809
*Non-Filing Co-Debtor*