## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Michael Brennan,<br>Raffael A. Tuck-Brennan,<br>                           *Debtors*. | Case No. 24-12904-amc<br>Chapter 13 |

### Order Scheduling Expedited Hearing

**AND NOW**, upon consideration of the Debtor's Motion to Sell Property filed at ECF No. 80 ("the Motion"), and the request for an expedited hearing thereon, and sufficient cause being shown, it is hereby **ORDERED** that:

1. The request for an expedited hearing is **GRANTED**.

2. A hearing to consider the Motion shall be held on **October 15, 2025, at 11:00 a.m.** (the "Hearing"). The Hearing will be conducted in the following format:

    ☒ Telephonic via: 646-828-7666 or Zoom Meeting ID #160 6807 8081

    ☒ In-Person in Courtroom No. 4 at U.S. Bankruptcy Court, Robert N.C. Nix Sr. Federal Courthouse, 900 Market Street, Suite 400 Philadelphia, PA 19107.

3. Written objections or other responsive pleadings to the Motion (while not required) may be filed up to the time of the hearing and all objections will be considered at the hearing.

4. The Movant shall serve this order and the notice of motion in conformity with Local Bankruptcy Form 9014-3 on all other parties in interest, including all creditors, by regular mail no later than 5:00 p.m. on September 24, 2025.

5. Prior to the hearing, the Movant shall file a certification setting forth compliance with the service requirements of Paragraph 4 above.

Date: Sept. 23, 2025

_____
Ashely M. Chan
Chief U.S. Bankruptcy Judge