**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
|    Michael Brennan | : | Chapter 13 |
|    Raffael A Tuck-Brennan | : | Case No.: 24-12904-AMC |
| | : | |
| Debtors | : | |

**PRAECIPE TO CHANGE DEBTOR(S) ADDRESS**

TO THE CLERK:

Kindly mark the above captioned Debtors' <u>new address</u> as follows:

1314 S Ruby St
Philadelphia, PA 19143

Dated:  January 12, 2026                        ***/s/ Brad J. Sadek***
                                                                  Brad J. Sadek, Esquire
                                                                  Counsel for Debtor